NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition
is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

04-5125

BANNUM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

DISMAS CHARITIES, INC.,

Defendant-Appellee.

_____

DECIDED: April 29, 2005

_____

Before MAYER, RADER, and GAJARSA, Circuit Judges.

PER CURIAM.

The judgment of the Court of Federal Claims is vacated and this action remanded for further proceedings consistent with the opinion in Bannum, Inc. v. United States, No. 04-5008 (Fed. Cir. Apr. 21, 2005). Each side shall bear its own costs.